IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KAVITA J. JAGTIANI
aka KAVITA SYED,

CHAPTER 13

CASE NO. 5:19-bk-02155-RNO

Debtor

# NOTICE OF ENTRY OF APPEARANCE
# AND REQUEST FOR NOTICES

ROSENN, JENKINS & GREENWALD, L.L.P. is hereby entering its appearance as Counsel for LiftForward, Inc. in the above captioned case pursuant to Federal Rule of Bankruptcy Procedure 9010.

Rosenn, Jenkins & Greenwald, L.L.P. also requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned of the offices of Rosenn, Jenkins & Greenwald, L.L.P. at the address provided below.

ROSENN, JENKINS & GREENWALD, L.L.P.

Dated: June 21, 2019     BY:    /s/ Thomas J. MacNeely, Esquire
                                THOMAS J. MACNEELY, ESQUIRE
                                Rosenn, Jenkins & Greenwald, LLP
                                15 South Franklin Street
                                Wilkes-Barre, PA 18711
                                (570) 826-5600
                                tmacneely@rjglaw.com

                                Attorneys for LiftForward, Inc.

962905.1