**DAVID J. HARRIS, ESQUIRE**
**CO-COUNSEL FOR DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail: dh@lawofficeofdavidharris.com**

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No.: 5:19-bk-02155-RNO |
| KAVITA J. JAGTIANI a/k/a | : | Chapter 13 |
| KAVITA SYED | : | |
| | : | |
| Debtor | : | |

_____

### PRAECIPE ENTERING APPEARANCE AS CO-COUNSEL TO THE DEBTOR
### UNDER BANKRUPTCY RULES 2002, 7007 AND 9010
_____

PLEASE TAKE NOTICE, that the undersigned appears as co-counsel for KAVITA J. JAGTIANI a/k/a KAVITA SYED in the above bankruptcy case and, pursuant to Bankruptcy Rules 2002, 7007, and 9010, requests that any and all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address set forth above.

THE UNDERSIGNED REQUESTS, that an entry be made on the Clerk's Matrix system to include the undersigned's name and address for mailing of the notices.

PLEASE TAKE FURTHER NOTICE, that pursuant to the foregoing Bankruptcy Rules, the foregoing requests include not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and letter transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the rights and obligations of for KAVITA J. JAGTIANI a/k/a KAVITA SYED, property or proceedings thereof which for KAVITA J.

JAGTIANI a/k/a KAVITA SYED may claim or assert an interest in, anyway, or which require any act, delivery of any property, payment or other contact by for KAVITA J. JAGTIANI a/k/a KAVITA SYED.

Dated: July 1, 2019 /s/ David J. Harris, Esquire
DAVID J. HARRIS, ESQUIRE