```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                              Case No. 19-02155-RNO
Kavita J Jagtiani                                                   Chapter 13
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0314-5       User: CKovach          Page 1 of 2           Date Rcvd: Jul 08, 2019
                           Form ID: ntnew341      Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2019.
```
db              Kavita J Jagtiani,    50 Ice Lake Drive,    Mountain Top, PA   18707-9653
cr             +Santander Bank, N.A.,    c/o Charles N. Shurr, Jr., Esquire,    Kozloff Stoudt,
                 2640 Westview Drive,    Wyomissing, PA 19610-1186
5200710         American Express,    Attention Customer Care,    PO Box 981535,    El Paso, TX  79998-1535
5212500         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5200711         Charles N. Shurr, Jr. Esquire,    2640 Westview Dr,    Wyomissing, PA  19610-1186
5200712         Chase Slate,    PO Box 15298,    Wilmington, DE  19850-5298
5200713         Cory Sidelsky, Esquire,    DLA Piper LLC,    1 Liberty Place 1650 Market St Ste 5000,
                 Philadelphia, PA   19019
5200714         County and Municipal Taxes,    c/o Joan Kogut, Tax Collector,    PO Box 46,
                 Mountain Top, PA  18707-0046
5200715         Discover,    PO Box 30451,    Salt Lake City, UT  84130-0451
5200709         Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA  18701-2588
5200717         Geisinger,    M.C.39-21,    100 North Academy Ave,    Danville, PA  17821-4321
5200719        #Itria Ventures, LLC,    462 7th Ave Fl 20,    New York, NY  10018-7423
5214521        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5200708         Jagtiani Kavita J,    50 Ice Lake Dr,    Mountain Top, PA  18707-9653
5200720         Lift Forward,    180 Maiden Ln Fl 10,    New York, NY  10038-5178
5200723         Santander Bank NA,    2 Aldwyn Ln,    Villanova, PA  19085-1420
5217956        +Santander Bank, N.A.,    c/o Ana C. Stesney, VP,    CBB Risk Mgmt.,,    3 Terry Drive, Suite 102,
                 Newtown, PA 18940-1871
5200725        +Thomas James MacNeely, Esquire,    Rosenn Jenkins & Greenwald,    15 S Franklin St,
                 Wilkes Barre, PA 18711-0075
5200726        +Unity Bank,    64 Old Highway 22,    Clinton, NJ 08809-1386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 08 2019 19:19:13
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5200716         E-mail/Text: mrdiscen@discover.com Jul 08 2019 19:11:12      Discover,    PO Box 30943,
                 Salt Lake City, UT  84130-0943
5202570         E-mail/Text: mrdiscen@discover.com Jul 08 2019 19:11:12      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5200718         E-mail/Text: cio.bncmail@irs.gov Jul 08 2019 19:11:15      Internal Revenue Service,
                 Bankruptcy Section,    PO Box 7346,    Philadelphia, PA  19101-7346
5200721         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 08 2019 19:11:20      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA  17128-0946
5200722         E-mail/Text: bankruptcyteam@quickenloans.com Jul 08 2019 19:11:29      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI  48226-1906
5214395        +E-mail/Text: bankruptcyteam@quickenloans.com Jul 08 2019 19:11:29      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
5200724         E-mail/Text: jennifer.chacon@spservicing.com Jul 08 2019 19:11:43
                 Select Portfolio Services, Inc.,    Attention Bankruptcy Department,    PO Box 65250,
                 Salt Lake City, UT  84165-0250
5200645        +E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2019 19:19:33      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                    Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2019 at the address(es) listed below:

          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Charles N Shurr, Jr.   on behalf of Creditor   Santander Bank, N.A. cshurr@kozloffstoudt.com,
           jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          David J. Harris   on behalf of Debtor 1 Kavita J Jagtiani dh@lawofficeofdavidharris.com,
           davidharrisesqign@gmail.com
          James   Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          James   Warmbrodt   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO
 Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1
 bkgroup@kmllawgroup.com
          Lisa M. Doran   on behalf of Debtor 1 Kavita J Jagtiani ldoran@dorananddoran.com
          Thomas J. MacNeely   on behalf of Creditor   LiftForward, Inc. tmacneely@rjglaw.com,
 rschaffer@rjglaw.com;czendarski@rjglaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                            TOTAL: 8

| UNITED STATES BANKRUPTCY COURT | | |
|---|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | | |
| In re: | | |
| Kavita J Jagtiani,<br>aka Kavita Syed, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19–bk–02155–RNO |

### Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: August 19, 2019 |
|---|---|
| | Time: 11:00 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 8, 2019 |

ntnew341 (04/18)