IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| KAVITA J. JAGTIANI, ) | |
| ) | Case No. 5-19-BK-02155-RNO |
| Debtor. ) | |
| ) | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

    Kindly enter my appearance on behalf of Itria Ventures LLC, a third-party seeking to file a Motion for Rule 2004 Examination under the Federal Rules of Bankruptcy Procedure in the above-referenced matter.

Dated: July 12, 2019                            Respectfully submitted,

                                                    **DLA PIPER LLP (US)**

                                                     */s/ Brenna D. Kelly*
                                                    Brenna D. Kelly
                                                    Pa. Bar. No. 320433
                                                    One Liberty Place
                                                    1650 Market Street, Suite 5000
                                                    Philadelphia, PA  19103-7300
                                                    Phone:  (215) 656-2428
                                                    Email:  brenna.kelly@dlapiper.com

                                                    *Attorney for Itria Ventures LLC*

## CERTIFICATE OF SERVICE

      I, Brenna D. Kelly, hereby certify that on this date, I caused a true and correct copy of the foregoing Entry of Appearance to be served upon all counsel of record by the Court's ECF system.

Date: July 12, 2019

*/s/ Brenna D. Kelly*
Brenna D. Kelly
Pa. Bar. No. 320433
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Phone: (215) 656-2428
Email: brenna.kelly@dlapiper.com