```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 19-02155-RNO
Kavita J Jagtiani                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: CKovach     Page 1 of 1     Date Rcvd: Jul 16, 2019
                  Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.
aty         +C Kevin Kobbe,    DLA Piper LLP (US),    1650 Market Street Ste 5000,    Philadelphia, PA 19103-7348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2019 at the address(es) listed below:
       Brenna Dee Kelly    on behalf of Creditor    Itria Ventures LLC brenna.kelly@dlapiper.com, linda.campbell@dlapiper.com
       Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
       Charles N Shurr, Jr.    on behalf of Creditor    Santander Bank, N.A. cshurr@kozloffstoudt.com, jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
       David J. Harris    on behalf of Debtor 1 Kavita J Jagtiani dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com
       James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
       James Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 bkgroup@kmllawgroup.com
       Lisa M. Doran    on behalf of Debtor 1 Kavita J Jagtiani ldoran@dorananddoran.com
       Thomas J. MacNeely    on behalf of Creditor    LiftForward, Inc. tmacneely@rjglaw.com, rschaffer@rjglaw.com;czendarski@rjglaw.com
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                           TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 13 |
| KAVITA J. JAGTIANI, | ) | |
| | ) | Case No. 5-19-BK-02155-RNO |
| Debtor. | ) | MOTION FOR PRO HAC |
| | ) | VICE ADMISSION |

## ORDER GRANTING MOTION FOR PRO HAC VICE

Upon consideration of the Motion for Admission *Pro Hac Vice* of C. Kevin Kobbe filed by Brenna D. Kelly for Mr. Kobbe to appear and practice *pro hac vice* on behalf of Itria Ventures LLC in the above-captions case and based upon the representations set forth in the Motion, and finding it proper to do so:

IT IS ORDERED that C. Kevin Kobbe is hereby admitted *pro hac vice* to practice before this Court in the above-captioned case on behalf of Itria Ventures LLC pursuant to Local Bankruptcy Rule 2090-1(b).

Dated: July 15, 2019

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)