# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-19-02155 |
| KAVITA J. JAGTIANI | Chapter 7 |
| Debtor | Robert N. Opel, II, C.B.J. |

## ENTRY OF APPEARANCE IN BANKRUPTCY PROCEEDING

TO: Clerk of the United States Bankruptcy Court

      Please note that, pursuant to Bankruptcy Rule 9010(b), Brian E. Manning, Esquire, appears for **CS Management Group, LLC,** a party in interest within the intent of the United States Bankruptcy Code in that it will be objecting to a Motion for Examination under Bankruptcy Rule 2004 which has been directed to it and requests, pursuant to Bankruptcy Rule 2002(g), that all notices given or required to be given and all papers served or required to be served in the above-captioned bankruptcy action be given to and served upon the following at the office, address and telephone number set forth below, and that the person's address set forth below be added to the official address matrix maintained in this proceeding by the Clerk of the Court:

Brian E. Manning, Esquire
Law Offices of Brian E. Manning
502 S. Blakely St. Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808
brianemanning@comcast.net

      **Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808

Dated: July 23, 2019