# LOCAL BANKRUPTCY FORM 1007-1(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

|  |  |  |
|---|---|---|
|  | : | **CHAPTER** \_\_\_\_ |
|  | : |  |
|  | : | **CASE NO.** \_\_-\_\_\_-bk-_____ |
|  | : |  |
|  | : |  |
| **Debtor(s)** | : |  |

## CERTIFICATION OF NO PAYMENT ADVICES
## pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, _____, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

      I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

      I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

      My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

      I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

      I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: _____ _____
                                                                                                  Debtor

                                                                                                  _____
                                                                                                  Joint Debtor