```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                         Case No. 19-02155-RNO
Kavita J Jagtiani                                              Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5      User: CKovach              Page 1 of 2         Date Rcvd: Aug 14, 2019
                          Form ID: ntnew341          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
db             Kavita J Jagtiani,    50 Ice Lake Drive,    Mountain Top, PA 18707-9653
aty           +C Kevin Kobbe,    DLA Piper LLP (US),    1650 Market Street Ste 5000,
                Philadelphia, PA 19103-7348
intp          +CS Management Group, LLC,    3101 Pittston Ave.,    Scranton, PA 18505-2961
cr            #+Itria Ventures LLC,    462 7th Avenue, 20th Floor,    New York, NY 10018-7423
cr            +Santander Bank, N.A.,    c/o Charles N. Shurr, Jr., Esquire,    Kozloff Stoudt,
                2640 Westview Drive,    Wyomissing, PA 19610-1186
5200710        American Express,    Attention Customer Care,    PO Box 981535,    El Paso, TX 79998-1535
5212500        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
5200711        Charles N. Shurr, Jr. Esquire,    2640 Westview Dr,    Wyomissing, PA 19610-1186
5200712        Chase Slate,    PO Box 15298,    Wilmington, DE 19850-5298
5200713        Cory Sidelsky, Esquire,    DLA Piper LLC,    1 Liberty Place 1650 Market St Ste 5000,
                Philadelphia, PA 19019
5200714        County and Municipal Taxes,    c/o Joan Kogut, Tax Collector,    PO Box 46,
                Mountain Top, PA 18707-0046
5200715        Discover,    PO Box 30451,    Salt Lake City, UT 84130-0451
5200709        Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA 18701-2588
5200717        Geisinger,    M.C.39-21,    100 North Academy Ave,    Danville, PA 17821-4321
5200719        #Itria Ventures, LLC,    462 7th Ave Fl 20,    New York, NY 10018-7423
5214521       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
5200708        Jagtiani Kavita J,    50 Ice Lake Dr,    Mountain Top, PA 18707-9653
5200720        Lift Forward,    180 Maiden Ln Fl 10,    New York, NY 10038-5178
5227988       +LiftForward, Inc.,    C/o Thomas J. MacNeely, Esquire,    15 S. Franklin Street,
                Wilkes-Barre, PA 18711-0076
5200723        Santander Bank NA,    2 Aldwyn Ln,    Villanova, PA 19085-1420
5217956       +Santander Bank, N.A.,    c/o Ana C. Stesney, VP,    CBB Risk Mgmt.,,    3 Terry Drive, Suite 102,
                Newtown, PA 18940-1871
5200725       +Thomas James MacNeely, Esquire,    Rosenn Jenkins & Greenwald,    15 S Franklin St,
                Wilkes Barre, PA 18711-0075
5200726       +Unity Bank,    64 Old Highway 22,    Clinton, NJ 08809-1386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2019 19:22:50
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5200716        E-mail/Text: mrdiscen@discover.com Aug 14 2019 19:15:27     Discover,    PO Box 30943,
                Salt Lake City, UT 84130-0943
5202570        E-mail/Text: mrdiscen@discover.com Aug 14 2019 19:15:27     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5200718        E-mail/Text: cio.bncmail@irs.gov Aug 14 2019 19:15:31     Internal Revenue Service,
                Bankruptcy Section,    PO Box 7346,    Philadelphia, PA 19101-7346
5200721        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2019 19:15:37        PA Department of Revenue,
                Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
5200722        E-mail/Text: bankruptcyteam@quickenloans.com Aug 14 2019 19:15:48        Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
5214395       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 14 2019 19:15:48        Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
5200724        E-mail/Text: jennifer.chacon@spservicing.com Aug 14 2019 19:15:57
                Select Portfolio Services, Inc.,    Attention Bankruptcy Department,    PO Box 65250,
                Salt Lake City, UT 84165-0250
5200645       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 19:22:48        Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5227986        E-mail/Text: jennifer.chacon@spservicing.com Aug 14 2019 19:15:57
                Wells Fargo Bank, N.A. et. al,,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:

    Brenna Dee Kelly    on behalf of Creditor    Itria Ventures LLC brenna.kelly@dlapiper.com, linda.campbell@dlapiper.com
    Brian E Manning    on behalf of Interested Party    CS Management Group, LLC BrianEManning@comcast.net, G17590@notify.cincompass.com
    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
    Charles N Shurr, Jr.    on behalf of Creditor    Santander Bank, N.A. cshurr@kozloffstoudt.com, jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
    David J. Harris    on behalf of Debtor 1 Kavita J Jagtiani dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com
    James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
    James Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 bkgroup@kmllawgroup.com
    Lisa M. Doran    on behalf of Debtor 1 Kavita J Jagtiani ldoran@dorananddoran.com
    Thomas J. MacNeely    on behalf of Creditor    LiftForward, Inc. tmacneely@rjglaw.com, rschaffer@rjglaw.com;czendarski@rjglaw.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kavita J Jagtiani,
aka Kavita Syed,

Chapter 13

**Debtor 1**

Case No. 5:19–bk–02155–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: October 7, 2019 |
|---|---|
| | Time: 10:00 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 14, 2019 |

ntnew341 (04/18)