```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 19-02155-RNO
Kavita J Jagtiani                                               Chapter 13
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0314-5          User: CKovach              Page 1 of 2         Date Rcvd: Oct 09, 2019
                              Form ID: ntcnfhrg          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db              Kavita J Jagtiani,    50 Ice Lake Drive,    Mountain Top, PA 18707-9653
aty            +C Kevin Kobbe,    DLA Piper LLP (US),    1650 Market Street Ste 5000,
                 Philadelphia, PA 19103-7348
intp           +CS Management Group, LLC,    3101 Pittston Ave.,    Scranton, PA 18505-2961
cr            #+Itria Ventures LLC,    462 7th Avenue, 20th Floor,    New York, NY 10018-7423
cr             +Santander Bank, N.A.,    c/o Charles N. Shurr, Jr., Esquire,    Kozloff Stoudt,
                 2640 Westview Drive,    Wyomissing, PA 19610-1186
5200710         American Express,    Attention Customer Care,    PO Box 981535,    El Paso, TX 79998-1535
5212500         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5200711         Charles N. Shurr, Jr. Esquire,    2640 Westview Dr,    Wyomissing, PA 19610-1186
5200712         Chase Slate,    PO Box 15298,    Wilmington, DE 19850-5298
5200713         Cory Sidelsky, Esquire,    DLA Piper LLC,    1 Liberty Place 1650 Market St Ste 5000,
                 Philadelphia, PA 19019
5200714         County and Municipal Taxes,    c/o Joan Kogut, Tax Collector,    PO Box 46,
                 Mountain Top, PA 18707-0046
5200715         Discover,    PO Box 30451,    Salt Lake City, UT 84130-0451
5200709         Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA 18701-2588
5200717         Geisinger,    M.C.39-21,    100 North Academy Ave,    Danville, PA 17821-4321
5200719        #Itria Ventures, LLC,    462 7th Ave Fl 20,    New York, NY 10018-7423
5214521        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5200708         Jagtiani Kavita J,    50 Ice Lake Dr,    Mountain Top, PA 18707-9653
5200720         Lift Forward,    180 Maiden Ln Fl 10,    New York, NY 10038-5178
5227988        +LiftForward, Inc.,    C/o Thomas J. MacNeely, Esquire,    15 S. Franklin Street,
                 Wilkes-Barre, PA 18711-0076
5200723         Santander Bank NA,    2 Aldwyn Ln,    Villanova, PA 19085-1420
5217956        +Santander Bank, N.A.,    c/o Ana C. Stesney, VP,    CBB Risk Mgmt.,,    3 Terry Drive, Suite 102,
                 Newtown, PA 18940-1871
5200725        +Thomas James MacNeely, Esquire,    Rosenn Jenkins & Greenwald,    15 S Franklin St,
                 Wilkes Barre, PA 18711-0075
5200726        +Unity Bank,    64 Old Highway 22,    Clinton, NJ 08809-1386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 09 2019 19:36:20
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5200716         E-mail/Text: mrdiscen@discover.com Oct 09 2019 19:34:29      Discover,    PO Box 30943,
                 Salt Lake City, UT 84130-0943
5202570         E-mail/Text: mrdiscen@discover.com Oct 09 2019 19:34:29      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5200718         E-mail/Text: cio.bncmail@irs.gov Oct 09 2019 19:34:33      Internal Revenue Service,
                 Bankruptcy Section,    PO Box 7346,    Philadelphia, PA 19101-7346
5200721         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 09 2019 19:34:45       PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
5200722         E-mail/Text: bankruptcyteam@quickenloans.com Oct 09 2019 19:35:01       Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
5214395        +E-mail/Text: bankruptcyteam@quickenloans.com Oct 09 2019 19:35:01       Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
5200724         E-mail/Text: jennifer.chacon@spservicing.com Oct 09 2019 19:35:12
                 Select Portfolio Services, Inc.,    Attention Bankruptcy Department,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
5200645        +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 19:36:46      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5227986         E-mail/Text: jennifer.chacon@spservicing.com Oct 09 2019 19:35:12
                 Wells Fargo Bank, N.A. et. al,,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:

    Brenna Dee Kelly    on behalf of Creditor    Itria Ventures LLC brenna.kelly@dlapiper.com, linda.campbell@dlapiper.com

    Brian E Manning    on behalf of Interested Party    CS Management Group, LLC BrianEManning@comcast.net, G17590@notify.cincompass.com

    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com

    Charles N Shurr, Jr.    on behalf of Creditor    Santander Bank, N.A. cshurr@kozloffstoudt.com, jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com

    David J. Harris    on behalf of Debtor 1 Kavita J Jagtiani dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com

    James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com

    James Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 bkgroup@kmllawgroup.com

    Lisa M. Doran    on behalf of Debtor 1 Kavita J Jagtiani ldoran@dorananddoran.com

    Thomas J. MacNeely    on behalf of Creditor    LiftForward, Inc. tmacneely@rjglaw.com, rschaffer@rjglaw.com;czendarski@rjglaw.com

    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                        TOTAL: 10

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Kavita J Jagtiani,<br>aka Kavita Syed,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:19–bk–02155–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **November 15, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US<br>Courthouse, 197 South Main<br>Street, Wilkes–Barre, PA 18701 | Date: November 22, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CKovach, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 9, 2019 |

ntcnfhrg (03/18)