# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**Hon. Robert N. Opel, II**
Bankruptcy Judge

**Max Rosenn United States Courthouse**
197 South Main Street, Suite 144
Wilkes-Barre, Pennsylvania 18701
Telephone:(570) 831-2536

November 26, 2019

Lisa M. Doran, Esquire
Doran & Doran, P.C.
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

Re:   **Kavita J. Jagtiani; Case No. 5-19-bk-02155 RNO**
   **Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses**

Dear Attorney Doran:

   The Court has before it the Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses in the above-captioned case. A review of the Application indicates that Local Bankruptcy Rule ¶ 2016-2(b) and (c) were not complied with in that a certification that a Rights and Responsibilities Agreement was not filed, and a Request for Payment of Chapter 13 Compensation and Expenses (L.B.F. 2016-2(c)) was not completed and docketed in the above case.

   The certification of completion of a Rights and Responsibilities Agreement and Local Bankruptcy Form 2016-2(c) must be filed within thirty (30) days of the date of this letter. It is not necessary to re-notice the Application. If the above are not filed, the Court may deny the Application without prejudice.

                           Sincerely,

                           *Beth A. Irving*

:bai