# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
## WILKES BARRE DIVISION

| | |
|---|---|
| In re: ) | Case No. 19-BK-02155-RNO |
| ) | |
| Kavita J. Jagtiani ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOW COMES BBR Investments LLC and requests to be placed on the mailing matrix of this case. The address is as follows:

BBR Investments LLC
Attention: BBS60020
100 North Center Street
Newton Falls, OH 44444

This request is to receive all notices and mailings from the Clerk of this Court in this case.

Respectfully submitted,

BBR Investments LLC
By: The Cadle Company, Servicer

Date: January 9, 2020

By: /s/ Carole Kendall
Carole Kendall, Account Officer
100 North Center Street
Newton Falls, OH 44444
Phone: 330-872-0918, Ext. 3235
carole.kendall@cadleco.com

\\cnas1\SecureUsers\SEC\BANKRUPTCY\Electronic Filing\19-02155 (PA)\Notice.docx

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
## WILKES BARRE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-BK-02155-RNO |
| | ) | |
| Kavita J. Jagtiani | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the Notice of Appearance and Request for Notice was deposited in the United States mail, first class, postage prepaid, on January 9, 2020, unless notified electronically via the Notice of Filing, addressed to the following:

Charles J. DeHart III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036

Lisa M. Doran, Esq.
Doran & Doran, P.C.
69 Public Square, Suite 700
Wilkes-Barre, PA 18701


/s/ *Kathleen J. Bryner*
Kathleen J. Bryner, Bankruptcy Secretary

\\cnas1\SecureUsers\SEC\BANKRUPTCY\Electronic Filing\19-02155 (PA)\Notice.docx