```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02155-RNO
Kavita J Jagtiani                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: Christoph          Page 1 of 1          Date Rcvd: Jan 09, 2020
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
5217956        +Santander Bank, N.A.,    c/o Ana C. Stesney, VP,    CBB Risk Mgmt.,,    3 Terry Drive, Suite 102,
                Newtown, PA 18940-1871

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
              Brenna Dee Kelly    on behalf of Creditor    Itria Ventures LLC brenna.kelly@dlapiper.com,
               linda.campbell@dlapiper.com
              Brian E Manning    on behalf of Interested Party    CS Management Group, LLC
               BrianEManning@comcast.net,    G17590@notify.cincompass.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Charles N Shurr, Jr.    on behalf of Creditor    Santander Bank, N.A. cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              David J. Harris    on behalf of Debtor 1 Kavita J Jagtiani dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO
               Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Lisa M. Doran    on behalf of Debtor 1 Kavita J Jagtiani ldoran@dorananddoran.com
              Thomas J. MacNeely    on behalf of Creditor    LiftForward, Inc. tmacneely@rjglaw.com,
               rschaffer@rjglaw.com;czendarski@rjglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-02155-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Kavita J Jagtiani
50 Ice Lake Drive
Mountain Top PA 18707-9653

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/09/2020.

Name and Address of Alleged Transferor(s):

Claim No. 7: Santander Bank, N.A., c/o Ana C. Stesney, VP, CBB Risk Mgmt.,, 3 Terry Drive, Suite 102, Newtown, PA 18940

Name and Address of Transferee:

BBR Investments LLC
100 North Center Street
Newton Falls, OH 44444
BBR Investments LLC
100 North Center Street
Newton Falls, OH 44444

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/11/20

Terrence S. Miller
**CLERK OF THE COURT**