**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
PA S. Ct. No.: 48558
FL Bar No.: 0451207

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile:  (570) 208-1400
E-Mail:     dh@lawofficeofdavidharris.com

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| IN RE: | : |
| | : Case No.: 5:19-bk-02155-RNO |
| KAVITA J. JAGTIANI a/k/a | : Chapter 13 |
| KAVITA SYED | : |
| | : |
| Debtor | |

---

## CERTIFICATE OF SERVICE

---

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 20th day of January, 2020, I served a true and correct copy of the of the attached Notice and First Amended Chapter 13 Plan in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated: January 20, 2020         By:    /s/ David J. Harris
       Wilkes-Barre, Pennsylvania       DAVID J. HARRIS, ESQUIRE

Rev. 02/22/19

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

KAVITA J. JAGTIANI

Debtor(s)

Chapter: 13

Case No.: 5:19-bk-02155

## NOTICE

The confirmation hearing on the 1st Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: 4/ 1 /2020     Time: 9:30 AM

Location: 197 S Main St, Courtroom #2, Max Rosenn US Courthouse, Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: 3/ 25 /2020 .

**For cases before the Hon. Robert N. Opel, II (indicated in the Case No. with the initials "RNO"):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: 01/20/2020     Filed by: David J. Harris, Esquire

69 Public Square, Wilkes-Barre, PA 18701

(570) 823-9400

abel Matrix for local noticing
0314-5
Case 5:19-bk-02155-RNO
Middle District of Pennsylvania
Wilkes-Barre
Mon Jan 20 08:14:50 EST 2020

American Express
Attention Customer Care
PO Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

BBR Investments LLC
100 North Center Street
Newton Falls, OH 44444-1321

[redacted]

CS Management Group, LLC
3101 Pittston Ave.
Scranton, PA 18505-2961

Charles N. Shurr, Jr. Esquire
2640 Westview Dr
Wyomissing, PA 19610-1186

Chase Slate
PO Box 15298
Wilmington, DE 19850-5298

Cory Sidelsky, Esquire
DLA Piper LLC
1 Liberty Place 1650 Market St Ste 5000
Philadelphia, PA 19019

County and Municipal Taxes
c/o Joan Kogut, Tax Collector
PO Box 46
Mountain Top, PA 18707-0046

[redacted]

Discover
PO Box 30451
Salt Lake City, UT 84130-0451

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

[redacted]

[redacted]

Geisinger
M.C.39-21
100 North Academy Ave
Danville, PA 17821-4321

[redacted]

Internal Revenue Service
Bankruptcy Section
PO Box 7346
Philadelphia, PA 19101-7346

Itria Ventures LLC
462 7th Avenue, 20th Floor
New York, NY 10018-7423

[redacted]

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

[redacted]

[redacted]

Brenna Dee Kelly
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7348

C Kevin Kobbe
DLA Piper LLP (US)
1650 Market Street Ste 5000
Philadelphia, PA 19103-7348

Lift Forward
180 Maiden Ln Fl 10
New York, NY 10038-5178

[redacted]

Thomas J. MacNeely
Rosenn, Jenkins and Greenwald LLP
15 South Franklin Street
Wilkes-Barre, PA 18711-0076

Brian E Manning
502 South Blakely Street
Suite B
Dunmore, PA 18512-2237

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226-1906

Quicken Loans Inc.
635 Woodward Avenue
Detroit, MI 48226-3408

Santander Bank NA
2 Aldwyn Ln
Villanova, PA 19085-1420

Santander Bank, N.A.
c/o Ana C. Stesney, VP
CBB Risk Mgmt.,
3 Terry Drive, Suite 102
Newtown, PA 18940-1871

Select Portfolio Services, Inc.
Attention Bankruptcy Department
PO Box 65250
Salt Lake City, UT 84165-0250

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Unity Bank
64 Old Highway 22
Clinton, NJ 08809-1386

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

End of Label Matrix
Mailable recipients    46
Bypassed recipients     3
Total                  49