DAVID J. HARRIS, ESQUIRE
COUNSEL FOR THE DEBTOR
PA S. Ct. No.: 48558
FL Bar No.: 0451207

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile:  (570) 208-1400
E-Mail:     dh@lawofficeofdavidharris.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No.: 5:19-bk-02155-RNO |
| KAVITA J. JAGTIANI a/k/a : | Chapter 13 |
| KAVITA SYED : | |
|        Debtor : | |
| | |
| KAVITA J. JAGTIANI a/k/a : | |
| KAVITA SYED, : | |
| : | |
|        Movant : | |
| vs. : | |
| : | |
| CHARLES J. DeHART, III, ESQUIRE : | |
| STANDING CHAPTER 13 TRUSTEE, : | |
| LUZERNE COUNTY TAX CLAIM : | |
| BUREAU, WELLS FARGO BANK, N.A., : | |
| ITRIA VENTURES, INC., SANTANDER : | |
| BANK, N.A., FIRST NATIONAL BANK : | |
| OF PENNSYLVANIA and ABID SYED, : | |
| : | |
|        Respondents : | |

## CERTIFICATE OF SERVICE

I, David J. Harris, do hereby certify that on February 24, 2020, I served a true and correct copy of the attached Notice of Sale of Real Estate by First Class Mail on the persons and entities on the attached matrix and on following parties in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

                                                            RESPECTFULLY SUBMITTED:

Dated: February 24, 2020                     /s/ David J. Harris, Esquire
       Wilkes-Barre, Pennsylvania             DAVID J. HARRIS, ESQUIRE

**DAVID J. HARRIS, ESQUIRE**
PA Supreme Court No.: 48558

Suite 700 – 67-69 Public Square
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile: (570) 208-1400
E-Mail: dh@lawofficeofdavidharris.com

---

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | Case No.: 5:19-bk-02155-RNO |
| KAVITA J. JAGTIANI a/k/a : | Chapter 13 |
| KAVITA SYED : | |
|         Debtor : | |

---

| | |
|---|---|
| KAVITA J. JAGTIANI a/k/a : | |
| KAVITA SYED, : | |
|       Movant : | |
| vs. : | |
| : | |
| CHARLE J. DeHART, III, ESQUIRE : | |
| STANDING CHAPTER 13 TRUSTEE, : | |
| LUZERNE COUNTY TAX CLAIM : | |
| BUREAU, WELLS FARGO BANK, N.A. : | |
| UNITY BANK, ITRIA VENTURES, INC., : | |
| SANTANDER BANK, N.A., : | |
| FIRST NATIONAL BANK : | |
| OF PENNSYLVANIA and ABID SYED, : | |
| : | |
|       Respondents : | |

---

**NOTICE OF SALE OF REAL ESTATE PURSUANT
TO LOCAL RULE ¶ 6004-1(c)**

---

This is to provide you with notice pursuant to Local Rule ¶ 6004 (a)-1(b) that the Debtor in the captioned case intends to sell certain real estate. In accordance with the Local Rule, you are notified of the following:

1

1. The Debtor, KAVITA J. JAGTIANI A/K/A KAVITA, is an adult individual with an address of 50 Ice Lake Drive, Mountaintop, Pennsylvania 18707 and is the Seller along with her husband, ABID SYED, of the Property (described below).

2. Settlement of the sale shall occur on or before the 45th day following the issuance of an Order of the Bankruptcy Court approving the sale, pursuant to the terms and conditions of a Standard Real Estate Agreement, as amended, a copy of which is appended to a Motion To Sell Real Estate Free and Clear of Liens and Encumbrances pursuant to 11 U.S.C. 363, on file with the Bankruptcy Court ("Motion").

3. The property that is subject to the sale is improved and is known as 30 North Chestnut Drive, Mountaintop, Luzerne County, Pennsylvania as described in Luzerne County Deed Book 3006, at page 131799, et seq., having a Property Identification Number of 06-P8S1-001-00H-031 (the "Property").

4. The Property may be examined prior to sale at any time within twenty-one days (21) days from the date of this Notice by contacting the Debtor's counsel at the address and/or telephone number set forth in the header above.

5. The Debtor intends to sell the Real Estate for the sum of ONE HUNDRED SIXTY THOUSAND and 00/100 ($160,000.00) DOLLARS. The Debtor believes that this price represents the net fair market value of the property when factoring in that no real estate agent is being commissioned for the instant sale. Interested parties may present higher and better offers in writing to the Debtor's on or prior to the conclusion of the 21-day period set forth in Paragraph 4 above.

2

6. The proposed purchasers of the Real Estate are Muhammed Ahmad and Sobia Siddique. They are not related in any manner to the Debtor and her husband.

7. The Debtor and her husband with consent seeks to effectuate the sale of the Real Estate free and clear of liens and encumbrances pursuant to Section 363 of the Bankruptcy Code and pay from the net sales proceeds thereof the claims of secured creditors whose liens encumber the real estate in the manner set forth in the above-referenced Motion, after payment of certain administrative costs, expenses and fees as set forth in the Motion.

8. The last date by which objections to the sale shall be filed with the Court shall be March 16, 2020. OBJECTIONS ARE TO BE FILED WITH THE CLERK, U.S. Bankruptcy Court, 197 South Main Street, Wilkes-Barre, PA 18701 and served upon the undersigned counsel. Hearing on any Answers or Objections will be scheduled by the Court.

9. All inquiries regarding the sale should be directed to the Debtor's counsel and not to the clerk of the Bankruptcy Court.

RESPECTFULLY SUBMITTED:

Dated: February 24, 2020      BY:   /s/ David J. Harris, Esquire
       Wilkes-Barre, Pennsylvania      DAVID J. HARRIS, ESQUIRE

3

Label Matrix for local noticing
0314-5
Case 5:19-bk-02155-RNO
Middle District of Pennsylvania
Wilkes-Barre
Wed Feb 19 07:47:47 EST 2020

American Express
Attention Customer Care
PO Box 981535
El Paso, TX  79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

BBR Investments LLC
100 North Center Street
Newton Falls, OH 44444-1321



CS Management Group, LLC
3101 Pittston Ave.
Scranton, PA 18505-2961

Charles N. Shurr, Jr. Esquire
2640 Westview Dr
Wyomissing, PA  19610-1186

Chase Slate
PO Box 15298
Wilmington, DE  19850-5298

Cory Sidelsky, Esquire
DLA Piper LLP
1 Liberty Place 1650 Market St Ste 5000
Philadelphia, PA  19019

County and Municipal Taxes
c/o Joan Kogut, Tax Collector
PO Box 46
Mountain Top, PA  18707-0046

)

Discover
PO Box 30451
Salt Lake City, UT  84130-0451

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025





Geisinger
M.C.39-21
100 North Academy Ave
Danville, PA  17821-4321



Internal Revenue Service
Bankruptcy Section
PO Box 7346
Philadelphia, PA 19101-7346

Itria Ventures LLC
462 7th Avenue, 20th Floor
New York, NY 10018-7423



JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853





Brenna Dee Kelly
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7348

C Kevin Kobbe
DLA Piper LLP (US)
1650 Market Street Ste 5000
Philadelphia, PA 19103-7348

Lift Forward
180 Maiden Ln Fl 10
New York, NY  10038-5178



Thomas J. MacNeely
Rosenn, Jenkins and Greenwald LLP
15 South Franklin Street
Wilkes-Barre, PA 18711-0076

Brian E Manning
502 South Blakely Street
Suite B
Dunmore, PA 18512-2237



Quicken Loans
1050 Woodward Ave
Detroit, MI 48226-1906

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Quicken Loans Inc.
635 Woodward Avenue
Detroit, MI 48226-3408

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, Pa. 17128-0946

Santander Bank NA
2 Aldwyn Ln
Villanova, PA 19085-1420





Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Santander Bank, N.A.
c/o Ana C. Stesney, VP
CBB Risk Mgmt.,
3 Terry Drive, Suite 102
Newtown, PA 18940-1871



Select Portfolio Services, Inc.
Attention Bankruptcy Department
PO Box 65250
Salt Lake City, UT 84165-0250

Unity Bank
64 Old Highway 22
Clinton, NJ 08809-1386

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

Wells Fargo Bank, N.A. et. al,
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)BBR Investments LLC
100 North Center Street
Newton Falls, OH 44444-1321

(u)LiftForward, Inc.

(u)Quicken Loans Inc.

**End of Label Matrix**
Mailable recipients    45
Bypassed recipients     3
Total                  48