UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KAVITA J. JAGTIANI : CHAPTER 13

DEBTOR : CASE NO. 5-19-bk-02155-RNO

**LIMITED OBJECTION OF BBR INVESTMENTS, LLC TO CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 13 PLAN OF REORGANIZATION**

BBR Investments, LLC ("BBR") by and through its undersigned attorneys Banks & Banks, hereby files this Limited Objection to Confirmation of Debtor's Amended Chapter 13 Plan of Reorganization pursuant to 11 U.S.C. section 1324, and in support thereof avers the following:

1. On or about May 17, 2019, Kavita J. Jagtiani ("Debtor") filed the above-captioned Chapter 13 Bankruptcy Petition.

2. On July 29, 2019 Debtor filed her initial Chapter 13 Bankruptcy Plan.

3. Santander Bank, N.A. is a lending institution that holds a judgment (the "Judgment") in the amount of $463,282.47 against Debtor, Kavita J. Jagtiani and her husband, Abid Syed filed of record in the Office of Prothonotary of Luzerne County on August 22, 2018 at Docket No.: 9709-2018.

4. On July 2, 2019, Santander Bank, N.A. filed a proof of claim ("Proof of Claim") in the amount of $476,532.91 in the above caption Chapter 13 Petition.

5. On January 9, 2020, Santander Bank, N.A. assigned the Judgment and transferred the Proof of Claim to BBR Investments, LLC ("BBR").

6. BBR holds a lien in the amount of $476,532.91 against a property located at 50 Ice Lake Drive, Mountain Top, PA, Luzerne County (the "Property").

7. On or about January 20, 2020, Debtor filed an Amended Chapter 13 Bankruptcy Plan (the "Debtor's Amended Plan").

8. In the Debtor's Amended Plan, Debtor claims that the value of the Property is $370,000.00.

9. Upon information and belief, BBR believes and therefore avers that the Property is worth far more than $370,000.00.

10. BBR objects to the confirmation for the limited basis of determining the value of the Property.

11. Debtor's Plan is objectionable.

WHEREFORE, BBR Investments, LLC respectfully requests that this Court deny Confirmation of Debtor's Plan of Reorganization.

                          Respectfully Submitted
                          Banks & Banks

                          BY: /s/ David Banks
                          David Banks, Esquire
                          Attorney for
                          BBR Investments, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KAVITA J. JAGTIANI : CHAPTER 13

DEBTOR : CASE NO. 5-19-bk-02155-RNO

## CERTIFICATION OF SERVICE

I, David Banks, Esquire, hereby certify that on March 24, 2020, I filed electronically BBR Investments, LLC's Limited Objection to Confirmation of Debtor's Chapter 13, and it is available for viewing and downloading from the Court's Electronic Case Filing System.

I further certify that I have this day served the foregoing document by first class mail, postage prepaid on the following: None

Date: 03/24/20                       By: /s/ David Banks
                                                                    David Banks
                                                                    Attorney for
                                                                    BBR Investments, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KAVITA J. JAGTIANI | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO. 5-19-bk-02155-RNO |

## **ORDER**

AND NOW, this _____, day of _____, 2020, upon consideration of the Limited Objection to Debtor's Plan to Reorganization filed by BBR Investments, LLC it is HEREBY ORDERED that confirmation of Debtors' Plan of Reorganization is DENIED.

BY THE COURT:

_____
J.