IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 13 |
| KAVITA J. JAGTIANI, | ) | |
| | ) | Case No. 5-19-BK-02155-RNO |
| Debtor. | ) | |
| | ) | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter my appearance as co-counsel on behalf of Itria Ventures LLC in the above-referenced matter.

Dated: March 25, 2020

Respectfully submitted,

**DLA PIPER LLP (US)**

_/s/ Stephen H. Barrett_
Stephen H. Barrett
Pa. Bar. No. 313709
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Phone: (215) 656-2455
Email: stephen.barrett@dlapiper.com

_Attorney for Itria Ventures LLC_

<u>**CERTIFICATE OF SERVICE**</u>

I, Stephen H. Barrett, hereby certify that on this date, I caused a true and correct copy of

the foregoing Entry of Appearance to be served upon all counsel of record by the Court's ECF

system.

Date: March 25, 2020

*/s/ Stephen H. Barrett*
Stephen H. Barrett
Pa. Bar. No. 313709
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Phone: (215) 656-2455
Email: stephen.barrett@dlapiper.com