```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 19-02155-RNO
Kavita J Jagtiani                                                         Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 23, 2020
                              Form ID: pdf010          Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
db             Kavita J Jagtiani,   50 Ice Lake Drive,   Mountain Top, PA  18707-9653
              +Luzerne County Tax Claim Bureau,   Attn Nadine,   16 North River St,   Wilkes-Barre, PA 18705
cr            +Santander Bank, N.A.,   c/o Charles N. Shurr, Jr., Esquire,   Kozloff Stoudt,
                2640 Westview Drive,   Wyomissing, PA 19610-1186
5200711        Charles N. Shurr, Jr. Esquire,   2640 Westview Dr,   Wyomissing, PA 19610-1186
5200719        #Itria Ventures, LLC,   462 7th Ave Fl 20,   New York, NY 10018-7423
5200726        +Unity Bank,   64 Old Highway 22,   Clinton, NJ 08809-1386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5289637       +E-mail/Text: gocadle@cadleco.com Mar 23 2020 18:54:56     BBR Investments LLC,
                100 North Center Street,   Newton Falls, OH 44444-1321
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +BBR Investments LLC,   100 North Center Street,   Newton Falls, OH 44444-1321
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
              Brenna Dee Kelly    on behalf of Creditor    Itria Ventures LLC brenna.kelly@dlapiper.com,
               linda.campbell@dlapiper.com
              Brian E Manning    on behalf of Interested Party    CS Management Group, LLC
               BrianEManning@comcast.net,  G17590@notify.cincompass.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 Kavita J Jagtiani dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO
               Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1
               bkgroup@kmllawgroup.com
              Lisa M. Doran    on behalf of Debtor 1 Kavita J Jagtiani ldoran@doranandoran.com
              Thomas J. MacNeely    on behalf of Creditor    LiftForward, Inc. tmacneely@rjglaw.com,
               rschaffer@rjglaw.com;czendarski@rjglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No.: 5:19-bk-02155-RNO |
| KAVITA J. JAGTIANI a/k/a : | Chapter 13 |
| KAVITA SYED : | |
| Debtor : | |

_____

KAVITA J. JAGTIANI a/k/a :
KAVITA SYED, :
:
        Movant :
vs. :
:
CHARLES J. DeHART, III, ESQUIRE :
STANDING CHAPTER 13 TRUSTEE, :
LUZERNE COUNTY TAX CLAIM :
BUREAU, WELLS FARGO BANK, N.A., :
UNITY BANK, ITRIA VENTURES, INC., :
SANTANDER BANK, N.A., FIRST :
NATIONAL BANK OF PENNSYLVANIA,:
and ABID SYED, :
        Respondents :
_____

**ORDER AUTHORIZING SALE OF REAL ESTATE FREE AND CLEAR
OF LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363**
_____

Upon consideration of the Debtor's Motion To Sell Real Estate Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. § 363, as Amended (the "Motion"):

IT IS HEREBY ORDERED and DECREED that, Movant, KAVITA J. JAGTIANI a/k/a KAVITA SYED, is authorized and empowered to sell, along with her spouse, ABID SYED, that certain improved real estate in Mountain Top, Luzerne County, Pennsylvania, commonly known as 30 North Chestnut Drive, and described in Luzerne County Deed Book 3006, at page 131799, et seq., having a Property Identification Number of 06-P8S1 -001-00H-031 (the "Real Estate"),

as set forth in the Motion and pursuant to the terms of a Standard Agreement for the Sale of Real Estate dated November 1, 2020 with Muhammed Ahmad and Sobia Siddique, for the sum of ONE HUNDRED SIXTY-FIVE THOUSAND and 00/100 ($160,000.00) DOLLARS and that such sale shall be free and clear of liens and encumbrances pursuant to Section 363 of the Bankruptcy Code with the net sales proceeds thereof to be paid as set forth in the Motion, provided, however, that the first mortgage lien of Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1, shall be paid in full at closing.

Dated: March 20, 2020

By the Court,

*[signature]*

Robert N. Opel, II, Bankruptcy Judge <sup>BI</sup>

2