**DAVID J. HARRIS**
ATTORNEY AT LAW
SUITE 700
69 PUBLIC SQUARE
WILKES-BARRE, PA. 18701-2588

ALSO MEMBER OF
THE FLORIDA BAR

LL.M TAXATION

TELEPHONE
(570) 823-9400

FAX
(570) 208-1400

e-mail
dh@lawofficeofdavidharris.com

web site
davidharrisbankruptcylaw.com

March 30, 2020

U.S. Bankruptcy Court, Clerk
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    Re:    **Kavita J. Jagtiani a/k/a Kavita Syed**
              **Bankruptcy Case No.: 5:19-bk-02155-RNO**

Dear Sir/Madam:

    I am submitting this letter to request a certified copy of the Order dated March 23, 2020 issued to Docket #75 in the reference case.

    If you have questions, please feel free to call me.

Very truly yours,

DAVID J. HARRIS

DJH/
Encl.
cc:    Kavita J. Jagtiani a/k/a Kavita Syed