DAVID J. HARRIS, ESQUIRE
ATTORNEY FOR DEBTOR
PA S. Ct. No.: 48558
FL Bar No.: 0451207

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile:  (570) 208-1400
E-Mail:    dh@lawofficeofdavidharris.com

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| IN RE: | : |
| | : Case No.: 5:19-bk-02155-RNO |
| KAVITA J. JAGTIANI a/k/a | : Chapter 13 |
| KAVITA SYED | : |
| | : |
| Debtor | : |

---

## CERTIFICATE OF SERVICE

---

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 2nd day of June, 2020, I served a true and correct copy of the of the attached Notice and Second Amended Chapter 13 Plan in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

                                        RESPECTFULLY SUBMITTED:

Dated:  June 2, 2020            By:    /s/ David J. Harris
        Wilkes-Barre, Pennsylvania            DAVID J. HARRIS, ESQUIRE

Rev. 02/22/19

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

KAVITA J. JAGTIANI

Chapter: 13

Case No.: 5:19-bk-02155

Debtor(s)

## NOTICE

The confirmation hearing on the 2nd Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: 08/19/2020    Time: 9:30 AM

Location: 197 S Main St, Courtroom #2, Max Rosenn US Courthouse, Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: 8/12/2020.

**For cases before the Hon. Robert N. Opel, II (indicated in the Case No. with the initials "RNO"):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: 06/01/2020    Filed by:    David J. Harris, Esquire

69 Public Square, Wilkes-Barre, PA 18701

(570) 823-9400

```
Label Matrix for local noticing          American Express                          American Express National Bank
0314-5                                   Attention Customer Care                   c/o Becket and Lee LLP
Case 5:19-bk-02155-RNO                   PO Box 981535                             PO Box 3001
Middle District of Pennsylvania          El Paso, TX  79998-1535                   Malvern  PA 19355-0701
Wilkes-Barre
Mon Jun  1 09:04:38 EDT 2020

BBR Investments LLC                                                                David Banks
100 North Center Street                                                            Banks and Banks
Newton Falls, OH 44444-1321                                                        3038 Church Road
                                                                                   Lafayette Hill, PA 19444-1717


Stephen H. Barrett                       CS Management Group, LLC                  Charles N. Shurr, Jr. Esquire
DLA Piper LLP (US)                       3101 Pittston Ave.                        2640 Westview Dr
One Liberty Place                        Scranton, PA 18505-2961                   Wyomissing, PA  19610-1186
1650 Market Street
Suite 5000
Philadelphia, PA 19103-7348

(p)JPMORGAN CHASE BANK  N A              Cory Sidelsky, Esquire                    County and Municipal Taxes
BANKRUPTCY MAIL INTAKE TEAM              DLA Piper LLC                             c/o Joan Kogut, Tax Collector
700 KANSAS LANE FLOOR 01                 1 Liberty Place 1650 Market St Ste 5000   PO Box 46
MONROE LA 71203-4774                     Philadelphia, PA  19019                   Mountain Top, PA  18707-0046
```



```
                                         Discover                                  (p)DISCOVER FINANCIAL SERVICES LLC
                                         PO Box 30451                              PO BOX 3025
                                         Salt Lake City, UT  84130-0451            NEW ALBANY OH 43054-3025


Discover Bank                                                                      
Discover Products Inc                                                              
PO Box 3025                                                                        
New Albany, OH  43054-3025


Geisinger                                                                          Internal Revenue Service
M.C.39-21                                                                          Bankruptcy Section
100 North Academy Ave                                                              PO Box 7346
Danville, PA 17821-4321                                                            Philadelphia, PA  19101-7346


Itria Ventures LLC                                                                 JPMorgan Chase Bank, N.A.
462 7th Avenue, 20th Floor                                                         s/b/m/t Chase Bank USA, N.A.
New York, NY 10018-7423                                                            c/o Robertson, Anschutz & Schneid, P.L.
                                                                                   6409 Congress Avenue, Suite 100
                                                                                   Boca Raton, FL 33487-2853


                                                                                   Brenna Dee Kelly
                                                                                   DLA Piper LLP (US)
                                           One Liberty Place
                                                                                   1650 Market Street, Suite 5000
                                                                                   Philadelphia, PA 19103-7348


C Kevin Kobbe                            Lift Forward                              
DLA Piper LLP (US)                       180 Maiden Ln Fl 10                       
1650 Market Street Ste 5000              New York, NY 10038-5178                   
Philadelphia, PA 19103-7348
```




Thomas J. MacNeely
Rosenn, Jenkins and Greenwald LLP
15 South Franklin Street
Wilkes-Barre, PA 18711-0076

Brian E Manning
502 South Blakely Street
Suite B
Dunmore, PA 18512-2237

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, Pa. 17128-0946

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226-1906

Quicken Loans Inc.
635 Woodward Avenue
Detroit, MI 48226-3408

Santander Bank NA
2 Aldwyn Ln
Villanova, PA 19085-1420

Santander Bank, N.A.
c/o Charles N. Shurr, Jr., Esquire
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610-1186

Santander Bank, N.A.
c/o Ana C. Stesney, VP
CBB Risk Mgmt.,
3 Terry Drive, Suite 102
Newtown, PA 18940-1871

Select Portfolio Services, Inc.
Attention Bankruptcy Department
PO Box 65250
Salt Lake City, UT 84165-0250

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021





Unity Bank
64 Old Highway 22
Clinton, NJ 08809-1386

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

Wells Fargo Bank, N.A. et. al,
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)BBR Investments LLC
100 North Center Street
Newton Falls, OH 44444-1321

(u)LiftForward, Inc.

(u)Quicken Loans Inc.

**End of Label Matrix**
**Mailable recipients**     47
**Bypassed recipients**     3
**Total**     50