UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No.: 5:19-bk-02155-RNO
KAVITA J. JAGTIANI a/k/a : Chapter 13
KAVITA SYED :
Debtor

**DEBTOR'S PRE-CONFIRMTION CERTIFICATION**

**DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14), 1225(a)(7), AND 1325(a)(8) and (a)(9)**

I Kavita Jagtiani, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date in the above matter.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that

   an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

I hereby certify that the foregoing statements made by me/us are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

DATED: 9/2/, 2020

_____
KAVITA JAGTIANI