```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 19-02155-RNO
Kavita J Jagtiani                                         Chapter 13
        Debtor                  **CERTIFICATE OF NOTICE**

```
District/off: 0314-5        User: AutoDocke       Page 1 of 1        Date Rcvd: Sep 02, 2020
                            Form ID: pdf010       Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db              Kavita J Jagtiani,   50 Ice Lake Drive,   Mountain Top, PA  18707-9653
aty           +C Kevin Kobbe,   DLA Piper LLP (US),   1650 Market Street Ste 5000,
                Philadelphia, PA 19103-7348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
          Brenna Dee Kelly    on behalf of Creditor    Itria Ventures LLC brenna.kelly@dlapiper.com,
           linda.campbell@dlapiper.com
          Brian E Manning    on behalf of Interested Party    CS Management Group, LLC
           BrianEManning@comcast.net,  G17590@notify.cincompass.com
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          David  Banks    on behalf of Creditor    BBR Investments LLC bbwlaw@yahoo.com
          David J. Harris    on behalf of Debtor 1 Kavita J Jagtiani dh@lawofficeofdavidharris.com,
           davidharrisesqign@gmail.com
          James  Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO
           Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Lisa M. Doran    on behalf of Debtor 1 Kavita J Jagtiani ldoran@dorananddoran.com
          Stephen H. Barrett    on behalf of Creditor    Itria Ventures LLC stephen.barrett@dlapiper.com,
           felisa.holmes@dlapiper.com
          Thomas J. MacNeely    on behalf of Creditor    LiftForward, Inc. tmacneely@rjglaw.com,
           rschaffer@rjglaw.com;czendarski@rjglaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                              TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KAVITA J. JAGTIANI

|  | | |
|---|---|---|
| **Debtor 1** | **Chapter:** | **13** |
| | **Case No.:** | **5-19-bk-02155 RNO** |
| | **Document No.:** | **88** |
| | **Nature of Proceeding:** | **Third Amended Chapter 13 Plan** |

### ORDER

After due consideration of the Debtor's Third Amended Chapter 13 Plan, and the Objections of Itria Ventures, LLC thereto, after an evidentiary hearing held on September 2, 2020, it is

The Court makes the following findings:

1.  The Third Amended Plan ("Plan") was filed on July 23, 2020.

2.  The Plan, or a summary of the Plan, was transmitted to creditors pursuant to F.R.B.P. 3015.

3.  The Plan meets the requirements of 11 U.S.C. § 1325.

Based upon the foregoing findings, it is

ORDERED that the Objections of Itria Ventures, LLC are OVERRULED; and,

FURTHER ORDERED that the Third Amended Chapter 13 Plan is CONFIRMED.

All of the Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

Dated: September 2, 2020

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge (BI)

Order – Blank without Parties  - Revised 04/18