**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTORS**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail:    dh@lawofficeofdavidharris.com**

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No.: 5:19-bk-02155 |
| KAVITA J. JAGTIANI a/k/a | : | Chapter 13 |
| KAVITA SYED | : | |
| Debtor | | |

_____

## CERTIFICATE OF NO OBJECTION
_____

I, David J. Harris, Esquire, certify as follows:

i. I am, and at all times hereinafter mentioned was, more than 18 years of age;

ii. On April 21, 2021, I filed an Application for Fees and Reimbursement of Expenses;

iii. On that same date, I mailed notice of the same to all parties-in-interest and creditors, as reflected on a Certificate of Mailing filed with the Court on April 21, 2021; and

iv. The deadline of May 12, 2021 for filing objections as set forth in the notice has lapsed and no objections have been filed with the Court or sent to the undersigned.

I certify under penalty of perjury that the forgoing is true and correct.

Executed on: May 13, 2021        */s/ David J. Harris*
                                 DAVID J. HARRIS, ESQUIRE
                                 PA Supreme Court No.: 48558
                                 Suite 700 – 69 Public Square
                                 Wilkes-Barre, PA 18701
                                 (570) 823-9400