UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KAVITA J. JAGTIANI a/k/a
KAVITA SYED

Case No.: 5:19-bk-02155-RNO
Chapter 13

Debtor

# CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND 11 U.S.C. § 522(q)

*Do not file this certificate until you have completed all your plan payments.*
*If a joint petition is filed, <u>each spouse</u> must complete and file a separate certification.*

*Part I.* **Certification Regarding Domestic Support Obligations (check no more than one)**

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

- [X] I owed no domestic support obligation when I filed by bankruptcy petition, and I have not been required to pay any such obligation since then.
- [ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan require me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.* **If you check the second box, you must provide the information below.**

My current address is: _____

My current employer and my employer's address: _____

*Part III.* **Certification Regarding Section 11 U.S.C. §522(q) (check no more than one)**

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

- [X] I have not claimed an exemption pursuant to 11 U.S.C. §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. §522 (p)(1), and (2) that exceeds the aggregate value allowed in 11 U.S.C. §522(q)(1), as amended.
- [ ] I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. §522 (p)(1), and (2) that exceeds aggregate value allowed in 11 U.S.C. §522(q)(1), as amended.

*Part IV.* **Debtor's Signature**

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge information and belief.

DATED: June 20, 2024     BY: /s/ Kavita Jagtiani    6/25/2024
                              KAVITA J. JAGTIANI a/k/a Kavita Syed, Debtor