Certificate Number: 05781-PAM-DE-038608427

Bankruptcy Case Number: 19-02155



05781-PAM-DE-038608427

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 25, 2024, at 3:15 o'clock PM PDT, Kavita J Jagtiani completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 25, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President