United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 19-02155-HWV

Kavita J Jagtiani                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kavita J Jagtiani, 50 Ice Lake Drive, Mountain Top, PA 18707-9653 |
| aty | + | C Kevin Kobbe, DLA Piper LLP (US), 1650 Market Street Ste 5000, Philadelphia, PA 19103-7348 |
| intp | + | CS Management Group, LLC, 3101 Pittston Ave., Scranton, PA 18505-2961 |
| cr | + | Itria Ventures LLC, 462 7th Avenue, 20th Floor, New York, NY 10018-7423 |
| cr | + | Santander Bank, N.A., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 5200711 | | Charles N. Shurr, Jr. Esquire, 2640 Westview Dr, Wyomissing, PA 19610-1186 |
| 5200713 | | Cory Sidelsky, Esquire, DLA Piper LLC, 1 Liberty Place 1650 Market St Ste 5000, Philadelphia, PA 19019 |
| 5200714 | | County and Municipal Taxes, c/o Joan Kogut, Tax Collector, PO Box 46, Mountain Top, PA 18707-0046 |
| 5200715 | | Discover, PO Box 30451, Salt Lake City, UT 84130-0451 |
| 5200709 | | Doran & Doran PC, 69 Public Sq Ste 700, Wilkes-Barre, PA 18701-2588 |
| 5200717 | | Geisinger, M.C.39-21, 100 North Academy Ave, Danville, PA 17821-4321 |
| 5200719 | | Itria Ventures, LLC, 462 7th Ave Fl 20, New York, NY 10018-7423 |
| 5200708 | | Jagtiani Kavita J, 50 Ice Lake Dr, Mountain Top, PA 18707-9653 |
| 5200720 | | Lift Forward, 180 Maiden Ln Fl 10, New York, NY 10038-5178 |
| 5227988 | + | LiftForward, Inc., C/o Thomas J. MacNeely, Esquire, 15 S. Franklin Street, Wilkes-Barre, PA 18701-1206 |
| 5200723 | | Santander Bank NA, 2 Aldwyn Ln, Villanova, PA 19085-1420 |
| 5217956 | + | Santander Bank, N.A., c/o Ana C. Stesney, VP, CBB Risk Mgmt.,, 3 Terry Drive, Suite 102, Newtown, PA 18940-1871 |
| 5200645 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5200725 | + | Thomas James MacNeely, Esquire, Rosenn Jenkins & Greenwald, 15 S Franklin St, Wilkes Barre, PA 18701-1213 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jun 26 2024 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5200710 | | Email/PDF: bncnotices@becket-lee.com | Jun 26 2024 18:58:54 | American Express, Attention Customer Care, PO Box 981535, El Paso, TX 79998-1535 |
| 5212500 | | Email/PDF: bncnotices@becket-lee.com | Jun 26 2024 18:58:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5289635 | + | Email/Text: gocadle@cadleco.com | Jun 26 2024 18:47:00 | BBR Investments LLC, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 5289636 | + | Email/Text: gocadle@cadleco.com | Jun 26 2024 18:47:00 | BBR Investments LLC, 100 North Center Street, Newton Falls, OH 44444, BBR Investments LLC, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 5200716 | | EDI: DISCOVER | Jun 26 2024 22:43:00 | Discover, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5202570 | | EDI: DISCOVER | Jun 26 2024 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5200718 | | EDI: IRS.COM | Jun 26 2024 22:43:00 | Internal Revenue Service, Bankruptcy Section, PO Box 7346, Philadelphia, PA 19101-7346 |

| 5200712 | | EDI: JPMORGANCHASE | Jun 26 2024 22:43:00 | Chase Slate, PO Box 15298, Wilmington, DE 19850-5298 |
|---|---|---|---|---|
| 5214521 | + | Email/Text: RASEBN@raslg.com | Jun 26 2024 18:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5200721 | | EDI: PENNDEPTREV | Jun 26 2024 22:43:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5200721 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 26 2024 18:47:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5267232 | | EDI: PENNDEPTREV | Jun 26 2024 22:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5267232 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 26 2024 18:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5200722 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 26 2024 18:47:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5214395 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 26 2024 18:47:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5200724 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 26 2024 18:47:00 | Select Portfolio Services, Inc., Attention Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5200645 | ^ | MEBN | Jun 26 2024 18:41:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5200726 | | Email/Text: LoanCollections@unitybank.com | Jun 26 2024 18:46:00 | Unity Bank, 64 Old Highway 22, Clinton, NJ 08809-1305 |
| 5227986 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 26 2024 18:47:00 | Wells Fargo Bank, N.A. et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BBR Investments LLC, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 5289637 | *+ | BBR Investments LLC, 100 North Center Street, Newton Falls, OH 44444-1321 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brenna Dee Kelly | on behalf of Creditor Itria Ventures LLC brenna.kelly@dlapiper.com  linda.campbell@dlapiper.com |
| Brian E Manning | on behalf of Interested Party CS Management Group  LLC BrianEManning@comcast.net, g17590@notify.cincompass.com;manning.brianb123963@notify.bestcase.com |
| David Banks | on behalf of Creditor BBR Investments LLC bbwlaw@yahoo.com |
| David J. Harris | on behalf of Debtor 1 Kavita J Jagtiani dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Wells Fargo Bank  N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 bkgroup@kmllawgroup.com |
| Lisa M. Doran | on behalf of Debtor 1 Kavita J Jagtiani ldoran@dorananddoran.com  LDoran@jubileebk.net |
| Stephen H. Barrett | on behalf of Creditor Itria Ventures LLC stephen.barrett@dlapiper.com  felisa.holmes@dlapiper.com |
| Thomas J. MacNeely | on behalf of Creditor LiftForward  Inc. tmacneely@rjglaw.com, rschaffer@rjglaw.com;czendarski@rjglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Debtor 1 | Kavita J Jagtiani | | Social Security number or ITIN xxx–xx–9358 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN ____ EIN __–_____ |

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:   5:19–bk–02155–HWV

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kavita J Jagtiani
aka Kavita Syed

**By the court:**

6/26/24

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

Form 3180W **Chapter 13 Discharge** page 1

◆ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

◆ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

◆ some debts which the debtors did not properly list;

◆ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

◆ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

◆ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

◆ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**