| | |
|---|---|
| In re: | Case No. 19-02155-HWV |
| Kavita J Jagtiani | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 12, 2024 | Form ID: fnldec | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kavita J Jagtiani, 50 Ice Lake Drive, Mountain Top, PA 18707-9653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 14, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brenna Dee Kelly | on behalf of Creditor Itria Ventures LLC brenna.kelly@dlapiper.com linda.campbell@dlapiper.com |
| Brian E Manning | on behalf of Interested Party CS Management Group LLC BrianEManning@comcast.net, g17590@notify.cincompass.com;manning.brianb123963@notify.bestcase.com |
| David Banks | on behalf of Creditor BBR Investments LLC bbwlaw@yahoo.com |
| David J. Harris | on behalf of Debtor 1 Kavita J Jagtiani dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wells Fargo Bank N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |

| | |
|---|---|
| Lisa M. Doran | on behalf of Debtor 1 Kavita J Jagtiani ldoran@dorananddoran.com  LDoran@jubileebk.net |
| Stephen H. Barrett | on behalf of Creditor Itria Ventures LLC stephen.barrett@dlapiper.com  felisa.holmes@dlapiper.com |
| Thomas J. MacNeely | on behalf of Creditor LiftForward  Inc. tmacneely@rjglaw.com, rschaffer@rjglaw.com;czendarski@rjglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Kavita J Jagtiani,<br>aka Kavita Syed, | Chapter 13 |
| **Debtor 1** | Case No. 5:19−bk−02155−HWV |

Social Security No.:
    xxx−xx−9358

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 12, 2024

**fnldec** (01/22)